840 A.2d 990

J. Hank HAMILTON, Democratic Candidate for State Representative in the 26th Legislative District & John Beemer, Chairman of the Chester County Democratic Party, Thomas Bosak, Thomas Fulton, Brenda B. Treadwell, Appellants,

v.

Tim HENNESSEY and Friends of Tim Hennessey, Carol Hennessey, Treasurer, Friends of Tim Hennessey, Appellees.

Supreme Court of Pennsylvania.

Dec. 3, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of December, 2003, the above captioned appeal is quashed. Rule 903(c)(1)(ii), Pa.R.A.P.

Mr. Justice Lamb did not participate in the consideration or decision of this matter.